IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-00013-MMP

DAVID WAYNE HILL,

    Defendant.

_____/

### O R D E R

    This matter is before the Court on Doc. 175, Motion for Early Termination of Supervised Release, filed by Defendant David Hill. In his motion, Mr. Hill moves the Court to terminate the remaining term of his supervised release. After consulting with probation on this matter, the Court finds that it is not in the interest of justice to discharge the Defendant from his remaining term of supervised release. Therefore, Defendant Hill's motion is denied.

    **DONE AND ORDERED** this _20th_ day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge