IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:03-cr-00013-MP

DAVID WAYNE HILL,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 177, Motion for Early Termination of Supervised Release, filed by Defendant David Wayne Hill, who is proceeding *pro se*. On April 3, 2003, Defendant plead guilty to: (1) one count of conspiracy to manufacture, distribute, and possess with intent to distribute more than 1,000 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vii), and 846; and (2) one count of knowingly and intentionally manufacturing and possessing with intent to distribute more than 100 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii) and 18 U.S.C. § 2. On November 4, 2003, the Court adjudicated Defendant guilty and sentenced him to concurrent prison terms of 36 months for each count, followed by concurrent supervised release terms of 5 years for each count. Defendant has served over one year of his concurrent supervised release terms and now seeks to terminate his supervised release.

    Under 18 U.S.C. § 3583(e), the Court may terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the defendant's conduct and (2) is in the interest of justice. In making this determination, the Court is directed to

consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.  After consulting with Probation and considering the factors in § 3553(a), the Court finds that early termination of Defendant's concurrent terms of supervised release is both warranted by Defendant's conduct and in the interest of justice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's *Pro Se* Motion for Early Termination of Supervised Release, Doc. 177, is GRANTED.  Defendant's concurrent terms of supervised release shall be terminated, effective immediately, and this case shall be closed.

**DONE AND ORDERED** this   *20th* day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge